Teresa H. Michaud, State Bar No. 296329
Teresa.Michaud@bakermckenzie.com
Laura J. O'Rourke, Admitted *Pro Hac Vice*
Laura.ORourke@bakermckenzie.com
Christina M. Wong, State Bar No. 288171
Christina.Wong@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
Telephone:  +1 415 576 3000
Facsimile: +1 415 576 3099

Timothy Gorry, State Bar No. 143797
tgorry@tocounsel.com
**THEODORA ORINGHER PC**
1840 Century Park East, Suite 500
Los Angeles, CA  90067-2120
Telephone: +1 310 557 2009
Facsimile: +1 310 551 0283

Attorneys for Plaintiffs
Flip Flop Shops Franchise Company, LLC; FFS Holdings, LLC; and Cherokee Inc.

FILED
CLERK, U.S. DISTRICT COURT

12/12/16

CENTRAL DISTRICT OF CALIFORNIA
BY: _____sr_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FLIP FLOP SHOPS FRANCHISE COMPANY, LLC; FFS HOLDINGS, LLC; and CHEROKEE INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMY NEB; CHAD NEB; SWAGGER LLC, KINGS X, LLC; and POLU LANI LLC, <br><br> Defendants. | **Case No.  2:16-cv-07259-JFW-E** <br><br> [~~PROPOSED~~] **PRELIMINARY INJUNCTION** <br><br> Date:     December 5, 2016 <br> Time:    1:30 p.m. <br> Crtrm:   16, 312 N. Spring Street <br>            Los Angeles, CA 90012 <br> Before:  The Hon. John F. Walter <br><br> [Fed. R. Civ. P. 65; <br> Local Rules 52-4 and 58-10] |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 1 415 576 3000

Case No 2:16-cv-07259-JFW-E
[~~PROPOSED~~] PRELIMINARY INJUNCTION

The motion of Plaintiffs Flip Flop Shops Franchise Company, LLC ("Flip Flop Shops), FFS Holdings, LLC ("FFS Holdings"), and Cherokee Inc. ("Cherokee") (collectively, "Plaintiffs") for a preliminary injunction pursuant to Federal Rule of Civil Procedure 65(a) against Defendants Amy Neb ("Ms. Neb"), Chad Neb ("Mr. Neb"), Swagger LLC ("Swagger"), Kings X, LLC ("Kings X") and Polu Lani LLC ("Polu Lani") (collectively, "Defendants") was set for submission to the Court on the papers submitted by the Parties at the date, time, and place set forth above. The Court having considered the papers filed in support of and in opposition to the motion and good cause appearing therefore, finds and orders as follows, consistent with its December 5, 2016 Order Granting Motion by Plaintiffs for Preliminary Injunction [Dkt. No. 61], and incorporates by reference hereto each of the Findings of Fact from such Order:

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that:**

Plaintiffs' Motion for Preliminary Injunction is **GRANTED** and the Court orders as follows:

1. Defendants and their officers, agents, servants, employees, and attorneys acting on their behalf are hereby preliminarily restrained and enjoined from operating the Terminated Stores, and from using Plaintiffs' proprietary System, Confidential Information, and Marks;

2. Alternatively, to the extent Defendants intend to remain in the same locations and operate something other than a flip flops-related business, Defendants must make all such modifications or alterations to the premises as are necessary to distinguish the appearance of the stores from that of other Flip Flop Shops Stores, including but not limited to removal of: the speed rails, customized cash wrap, backlit displays of lifestyle images and brand insignia, paint and color scheme of Flip Flop Shops, custom-made 'Flip-Flop Tree,' Flip Flop Shops' millwork and displays, the proprietary scent machine, the music and video system, and cork flooring. Additionally, Defendants are preliminarily restrained and enjoined from operating any retail facility which primarily offers flip flop shoes and related footwear and

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

1

Case No 2:16-cv-07259-JFW-E
[PROXOSED] PRELIMINARY INJUNCTION

1  accessories in the existing locations or within a fifteen mile radius of any Flip Flop
2  Shops Store in existence or under construction as of the date of this Order;

3.  A bond is not required to be posted by Plaintiffs per the Parties' Franchise Agreements;

4.  This order shall continue in full force and effect until the completion of a trial on the merits, or until further order of the Court; and

5.  The Clerk of the Court is directed to issue a Preliminary Injunction containing the terms in this order, effective immediately.

IT IS SO ORDERED.

Dated: December 12, 2016

The Honorable John F. Walter
United States District Judge