1 | Teresa H. Michaud, State Bar No. 296329
  | Teresa.Michaud@bakermckenzie.com
2 | Christina Wong, State Bar No. 288171
  | Christina.Wong@bakermckenzie.com
3 | **BAKER & McKENZIE LLP**
  | Two Embarcadero Center, 11th Floor
4 | San Francisco, CA 94111-3802
  | Telephone: +1 415 576 3000
5 | Facsimile: +1 415 576 3099

6 | Timothy Gorry, State Bar No. 143797
  | tgorry@tocounsel.com
7 | **THEODORA ORINGHER PC**
  | 1840 Century Park East, Suite 500
8 | Los Angeles, CA 90067-2120
  | Telephone: +1 310 557 2009
9 | Facsimile: +1 310 551 0283

Attorneys for Plaintiffs
Flip Flop Shops Franchise Company, LLC,
FFS Holdings, LLC, and Cherokee Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| FLIP FLOP SHOPS FRANCHISE COMPANY, LLC, FFS HOLDINGS, LLC, and CHEROKEE INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMY NEB; CHAD NEB; SWAGGER, LLC; KING'S X, LLC; and POLU LANI LLC, <br><br> Defendants. | **Case No. 2:16-cv-07259-JFW (Ex)** <br><br> **Date Action Filed:** <br> **September 27, 2016** <br><br><br> **AMENDED JUDGMENT** <br><br> **Before the** <br> **Honorable John F. Walter** |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+ 1 415 576 3000

Case No 2:16-cv-07259-JFW (Ex)
] AMENDED JUDGMENT

Pursuant to the Joint Stipulation Regarding Agreement on Amount of Attorneys' Fees of Plaintiffs' Counsel, the Judgment in the case, entered on May 2, 2017 [ECF No. 98] is amended in order to reflect the Parties' agreement on the amount of attorneys' fees to be paid by Defendants to Plaintiffs. The agreement is set out in Section 4 below.

WHEREAS, Plaintiffs Flip Flop Shops Franchise Company, LLC, FFS Holdings, LLC, and Cherokee Inc. (collectively, "Plaintiffs") filed their Second Amended Complaint [ECF 37] on October 20, 2016, asserting eleven (11) claims for relief against Defendants Amy Neb, Chad Neb, Swagger, LLC, Kings X, LLC, and Polu Lani LLC (collectively, "Defendants");

WHEREAS, on March 27, 2017, Plaintiffs filed their Motion for Partial Summary Judgment [ECF 85] on Plaintiffs' Seventh Cause of Action for Breach of Contract and Eighth Cause of Action for Breach of Noncompete Covenant;

WHEREAS, on March 31, 2017, Plaintiffs and Defendants filed a Stipulation of Dismissal Without Prejudice of Claims 1-6 and 9-11 of Plaintiffs' Second Amended Complaint [ECF 86];

WHEREAS, the Court has considered the parties' memoranda of points and authorities, statements of uncontroverted facts and conclusions of law, the supporting declarations and evidence submitted therewith, as well as all of the other pleadings, records, and documents on file in this action;

WHEREAS, on April 25, 2017, the Court issued an Order Granting Plaintiffs' Motion for Partial Summary Judgment [ECF 95] and a Statement of Decision Granting Plaintiffs' Motion for Partial Summary Judgment [ECF 96]; and,

WHEREAS, in view of the Court's Order and Statement of Decision, final judgment should be entered.

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. Plaintiffs' Motion for Partial Summary Judgment is GRANTED;
2. Plaintiffs are entitled to an award of damages in the amount of

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+ 1 415 576 3000

$44,254.53, plus 18% interest beginning on December 12, 2016, the date on which the Court issued its Preliminary Injunction [ECF 65], such interest totaling $3,077.21 as of May 1, 2017, and accruing at a daily rate of $21.82 thereafter;

3. Plaintiffs are also entitled to their reasonable attorney's fees and costs incurred in enforcing the Non-Compete Provision and seeking injunctive relief, in an amount to be submitted by Plaintiffs in a Motion for Attorneys' Fees and Costs;

4. Plaintiffs and Defendants have reached an agreement on the amount of attorneys' fees, as follows: Defendants will pay the amount of $200,000.00 (Two Hundred Thousand) to Plaintiffs in full satisfaction of Plaintiffs' Request for Attorneys' Fees. The Court will retain jurisdiction over the attorneys' fees' matter, in case of any future disputes.

5. The Court further GRANTS Plaintiffs permanent injunctive relief, as follows:

   a. Defendants and their officers, agents, servants, employees, and attorneys are hereby permanently restrained and enjoined from operating the Terminated Stores, and from using Plaintiffs' proprietary System, Confidential Information and Marks;

   b. Additionally, Defendants are expressly ordered to comply with the Non-Competition Provision required of Defendants under the Franchise Agreements including with respect to the geographic restrictions set forth therein;

   c. This order shall continue in full force and effect for the duration of the two-year non-competition period provided by the Franchise Agreements and as ordered by the Court in its Preliminary Injunction on December 12, 2016 [ECF 65];

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+ 1 415 576 3000

6. Final judgment is entered in favor of Plaintiffs;

7. Pursuant to Local Rule 54-1, Plaintiffs are the prevailing parties in this action and their costs shall be taxed against Defendants;

8. Pursuant to Local Rules 54-2 and 54-10, any motions or applications for costs or attorneys' fees shall be served and filed within fourteen (14) days after the entry of this Final Judgment; and, thereafter,

9. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

Dated: August 1, 2017

**HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE**

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+ 1 415 576 3000

3

Case No 2:16-cv-07259-JFW(Ex)
[] AMENDED JUDGMENT